**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| STEPHEN C. MCCULLOCH, | : Case No. 26-1-1102-MCR |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 522(l) of the Bankruptcy Code and Bankruptcy Rule 4003(b), objects to the exemptions claimed by the Debtor on Schedule C.  The Debtor seeks to claim a homestead exemption in the realty at 1700 Quarter Avenue, Capitol Heights, Maryland.  However, the property is owned by Phoenix Holding Group LLC.  The Debtor cannot claim a homestead exemption in the property.

WHEREFORE, the Trustee prays that the Court disallow the Debtor's exemptions as scheduled.

Respectfully submitted,

March 19, 2026

_____/s/ Timothy P. Branigan_____
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

PLEASE NOTE THAT, WITHIN THIRTY (30) DAYS OF SERVICE OF THIS OBJECTION, YOU MUST FILE AND SERVE A RESPONSE OPPOSING THE OBJECTION AND REQUEST A HEARING, IF DESIRED.  IF YOU DO NOT FILE AND SERVE A RESPONSE, THE COURT MAY, IN ITS DISCRETION, HOLD A HEARING OR DISALLOW THE EXEMPTIONS.

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Bennie Books, Esq.

I caused a copy of the foregoing to be sent on March 20, 2025 by first-class U.S. mail, postage prepaid to:

Stephen C McCulloch
1700 Quarter Avenue
Capitol Heights, MD  20743

_____/s/ Timothy P. Branigan_____
Timothy P. Branigan (Fed. Bar No. 06295)

- 2 -