**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

IN RE:                                                    Case No. 26-11102-MCR
STEPHEN C MCCULLOCH
*aka* STEPHEN CHRISTOPHER MCCULLOCH,        Chapter 13
    Debtor

_____

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR BCAP TRUST LLC 2007-AA3,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2007-AA3, C/O WELLS FARGO BANK, N.A., Movant,
v.
STEPHEN C MCCULLOCH,
*aka* STEPHEN CHRISTOPHER MCCULLOCH,
    Debtor/Respondent,
and
LUKAS M. UMANA, Co-Debtor/Co-Respondent,
and
TIMOTHY P. BRANIGAN, Trustee/Respondent.

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY (REAL PROPERTY)

Deutsche Bank National Trust Company, as Trustee For BCAP Trust LLC 2007-AA3, Mortgage Pass-Through Certificates, Series 2007-AA3 c/o Wells Fargo Bank, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay, and pursuant to 11 U.S.C. § 1301(c), for relief from the Co-Debtor stay, with respect to certain real property of the Debtor having an address of 1700 Quarter Ave, Capitol Heights, Maryland 20743 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1.    A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on February 2, 2026.

2.    The Co-Debtor Lukas M. Umana ("Co-Debtor") and Debtor Stephen C. McCulloch ("Debtor") have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $200,000.00 (the "Note"). A copy of the Note is attached hereto.

3.    Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor and Co-Debtor under and with respect to the Note

*AP#: MD- 000014-001920.001-M*

and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Prince George's County, Maryland. A copy of the recorded Deed of Trust is attached hereto.

4.      The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition arrears of $135,501.50. The prepetition arrearage is detailed in the Movant's Proof of Claim.

5.      As of May 25, 2026, the estimated outstanding Obligations are:

| | |
|---|---|
| UNPAID PRINCIPAL BALANCE | $173,866.55 |
| INTEREST | $51,289.24 |
| ESCROW ADVANCES | $26,256.24 |
| OTHER FEES AND COSTS | $21,199.65 |
| LATE CHARGES | $57.08 |
| SUSPENSE | ($0.00) |
| Minimum Outstanding Obligations | $272,668.76 |

6.      The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor as of May 25, 2026:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | 3/1/2026 | 5/1/2026 | $1,861.03 | $5,583.09 |
| Less post-petition partial payments (suspense balance): | | | | ($0.00) |

**Total Post-petition Payments:      $5,583.09**

7.      Movant has not received any post-petition payments.

8.      The estimated market value of the Property is $312,000.00. The basis for such valuation is the Debtor(s) Bankruptcy Schedules A/B.

9.      Debtor and Co-Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or assignee of the mortgage or deed of trust.

10.     Cause exists for relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), and pursuant to 11 U.S.C §1301(c), for relief from the co-debtor stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) The Property lacks an equity cushion to adequately protect the Movant.

(c) The Debtor has failed to make proposed, post-petition payments.

*AP#: MD- 000014-001920.001-M*

(d) Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has little to no equity in the Property (assuming a 10% cost of sale); and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

11.    Pursuant to Maryland Local Bankruptcy Rule 9013-2, Movant states that no memorandum will be filed and Movant will rely solely upon the motion.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.    Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.    Relief from the co-debtor stay imposed by 11 U.S.C § 1301(a).

3.    That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4.    For such other relief as the Court deems proper.

Date: June 18, 2026

Respectfully Submitted,
Aldridge Pite, LLP

/s/ Gregory C. Mullen

Gregory Mullen, Esq., Bar No. 29635
6001 Executive Blvd, Ste 200
Rockville, MD 20852
P: (301) 961-6555, F: (301) 961-6545
GMullen@aldridgepite.com
*Attorney for the Movant*

*AP#: MD- 000014-001920.001-M*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of June, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee                    Bennie R. Brooks, Attorney

I hereby further certify that on this 18th day of June, 2026, a copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, was also mailed first class mail, postage prepaid, to:

Stephen C McCulloch aka Stephen Christopher Mcculloch
1700 Quarter Ave
Capitol Heights, MD 20743

Lukas M. Umana
1700 Quarter Ave
Capitol Heights, MD 20743

/s/ Gregory C. Mullen

Gregory Mullen, Esq.
MD Fed. Bar No. 29635
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
Phone: (301) 961-6555
Facsimile: (301) 961-6545
GMullen@aldridgepite.com
*Attorney for the Movant*

*AP#: MD- 000014-001920.001-M*